1

2

3

4

5              UNITED STATES DISTRICT COURT

6              CENTRAL DISTRICT OF CALIFORNIA

7

8 | MOISES GONZALES,                         CASE NO. ED CV 12-01527 OP

9 |          Plaintiff,                       [PROPOSED]
                                              ORDER MODIFYING
10 |      vs.                                 SCHEDULING ORDER

11 | RIVERSIDE COUNTY; DEPUTY
     BOLLE; DEPUTY KIEBACH;
12 | DEPUTY SANDOVAL and DOES 1-
     10, inclusive,
13
             Defendants.
14

15       Good cause appearing therefor IT IS ORDERED that the Scheduling Order

16  (ECF No. 28) is modified as follows:

17       EVENT                              CURRENT        PROPOSED

18       ADR completion                    10/30/2013      (ADR ongoing)

19       Initial Expert Disclosures        08/08/2013      04/22/2014

20       Rebuttal Expert Disclosures       09/06/2013      05/22/2014

21       Discovery cut-off                 10/18/2013      03/14/2014

22       Deadline to hear Summary Judgment 12/18/2013      05/21/2014

23       Pretrial Conference               02/12/2014      07/14/2014

24       Jury Trial                        02/18/2014      07/22/2014

25
     Dated: 12/12/13
26
                                   Hon. Oswald Parada
27                                 United States Magistrate Judge

28
     proposed order modifying scheduling order GONZALEZ v RCO         1
     JMP.doc
     ────────────────────────────────────────────────────────────────
                  [PROPOSED] ORDER MODIFYING SCHEDULING ORDER