JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOISES GONZALES,<br><br>Plaintiff,<br><br>vs.<br><br>RIVERSIDE COUNTY; DEPUTY BOLLE; DEPUTY KIEBACH; DEPUTY SANDOVAL and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. ED CV 12-01527 OP<br><br>[~~proposed~~]<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

Good cause appearing therefor

**IT IS ORDERED** that the entire action is dismissed with prejudice, with the parties to bear their own costs and attorney fees.

Dated: 4/23/14

Hon. Oswald Parada
United States ~~District~~ Magistrate Judge

4843-2076-5720.1